$\int c_{N} e^{-s} / \int$

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,<br><br>Defendants,<br><br>and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>Nominal Defendant. | ECF CASE<br><br>Case No. 08-CV-02423 (BSJ) (JCF)<br><br><br>**STIPULATION AND ORDER**<br><br> |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that Anthony R. Merlo, Jr., The First American Corporation and eAppraiseIT, LLC's

time to answer or otherwise respond to the Complaint dated March 10, 2008 in the captioned

matter shall be extended to and including May 27, 2008.

Dated:    New York, New York
          April 1, 2008


THACHER PROFFITT & WOOD LLP

By: _____
        Richard F. Hans
        Samaa A.F. Haridi
Two World Financial Center
New York, New York 10281
(212) 912-7400
rhans@tpw.com
sharidi@tpw.com

*Attorneys for Defendants Anthony R. Merlo, Jr.; The First American Corporation and eAppraiseIT, LLC*


GREENFIELD & GOODMAN, LLC

By: _____ (with permission)
        Richard D. Greenfield
        Marguerite R. Goodman
780 Third Avenue, 48ᵗʰ Floor
New York, New York 10017
(410) 320-5931
whitehatrdg@earthlink.net

*Attorneys for Plaintiff R.S. Bassman*


SO ORDERED:

_____
        U.S.D.J.
Dated: April 2, 2008