UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

    Plaintiff,

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGNE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,

    Defendants,

And

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

    Nominal Defendant

EFC CASE

Case No.: 08-CV-02423 (BSJ)(JCF)

STIPULATION AND ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that defendant PricewaterhouseCoopers LLP's time to answer or otherwise

respond to the Complaint, dated March 10, 2008, in the above-captioned matter shall be extended to and including May 27, 2008.

Dated: April 4, 2008

| ORRICK, HERRINGTON & SUTCLIFFE LLP | CUNEO, GILBERT & LaDUCA, LLP |
|---|---|
| By: /s/ Joshua M. Cutler<br>Diana L. Weiss (DW-0150)<br>Joshua M. Cutler (JC-0077)<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(202) 339-8400 | By: /s/ Jonathan Cuneo /JMC<br>Jonathan Cuneo (JC-1112)<br>507 C Street, N.E.<br>Washington, DC 20002<br>(202) 789-3960 |

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

*Attorneys Plaintiff R.S. Bassman*

SO ORDERED:

/s/ Barbara S. Jones
U.S.D.J

Dated: April 7, 2008