UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

                                       Plaintiff,

v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO

                                       Defendants,

           and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

                                  Nominal Defendant.

ECF CASE

08-CV-02423 (BSJ) (JCF)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

4/16/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that all defendants' time to answer or otherwise respond to the complaint dated March 10, 2008 in the above-captioned matter shall be extended to and including June 27, 2008. This stipulation supersedes and replaces all prior stipulations entered into between the parties, and it

applies to all defendants and the nominal defendant.

Dated: New York, New York
April 15, 2008

**CUNEO GILBERT & LADUCA, LLP**

By: _____
Jonathan W. Cuneo

507 C Street, NE
Washington, D.C. 20002
Tel: (202) 587-5065
Fax: (202) 789-1813
jonc@cuneolaw.com

*Attorneys for Plaintiff R.S. Bassman*

**BINGHAM McCUTCHEN LLP**

By: _____
Kenneth I. Schacter
Eugenie Cesar-Fabian

399 Park Avenue
New York, NY 10022-4689
Tel: (212) 705-7000
Fax: (212) 752-5378
kenneth.schacter@bingham.com
eugenie.cesar-fabian@bingham.com

-and-

Jordan D. Hershman
Jason D. Frank
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8455
jordan.hershman@bingham.com
jason.frank@bingham.com

*Attorneys for Nominal Defendant Federal Home Loan Mortgage Corporation*

SO ORDERED:

_____
United States District Judge
Dated: 4/16/08