UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

R.S. Bassman, Derivatively on Behalf of
Freddie Mac
                Plaintiff,

     -against-

Richard R. Syron, et al
                Defendants.
------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 2423(BSJ) (JCF)

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X__   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_   Specific Non-Dispositive Motion/Dispute:*

_____

_____

\_\_\_   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_   Habeas Corpus

\_\_\_   Social Security

\_\_   Settlement*

\_\_\_   Inquest After Default/Damages Hearing

\_\_\_   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

_____
United States District Judge

5/5/08