AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ Southern _____    District of    _____ New York _____

R.S. Bassman, Derivatively on Behalf of Freddie Mac
a/k/a/ Federal Home Loan Mortgage Corportion and its
shareholders

V.

Richard F. Syron, Patricia L. Cook, Anthony S. Piszel, Eugene
M. McQuade, Richard Karl Goeltz, Stephen A. Ross, Shaun
F. O'Malley, Robert R. Glauber, Barbara T. Alexander, William
M. Lewis, Jr., Jeffrey M. Peek, Georffrey T. Boisi, Ronald F.
Poe, Washington Mutual, Inc., PricewaterhouseCoopers, LLP,
Kerry K. Killinger, Anthony R. Merlo, Jr., First American
Corporation, First American Eapppraiseit, Countrywide
Financial Corporation, Countrywide Home Equity Loan Trust,
Countrywide Bank, FSB, Countrywide Home Loans,
Landsafe, Inc., and Angelo R. Mozilo.

Freddie Mac a/k/a Federal Home Loan  Mortgage Corporation

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**08  CV  02423**

TO: (Name and address of Defendant)

All defendants on attached list

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard D. Greenfield
Greenfield & Goodman, LLC
780 Third Avenue, 48th Floor
New York, NY  10017
410-320-5931

an answer to the complaint which is served on you with this summons, within _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

MAR 1 0 2008

**<u>R.S. Bassman v. Richard F. Syron, et al.</u>**

# <u>DEFENDANTS</u>

Richard F. Syron
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Patricia L. Cook
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Anthony S. Piszel
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Eugene M. McQuade
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Richard Karl Goeltz
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

**R.S. Bassman v. Richard F. Syron, et al.**
# DEFENDANTS
**(continued)**

Stephen A. Ross
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Shaun F. O'Malley
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Robert F. Glauber
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Barbara T. Alexander
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

William M. Lewis, Jr.
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Jeffrey M. Peek
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

752744.1

**R.S. Bassman v. Richard F. Syron, et al.**
## DEFENDANTS
**(continued)**

Geoffrey T. Boisi
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Ronald F. Poe
c/o Freddie Mac
8200 Jones Branch Drive
McLean, Virginia 22102-3110
Fairfax County
(703) 903-2000

Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101
King County
(206) 461-2000

Pricewaterhouse Coopers, LLP
1301 Avenue of the Americas
New York, NY 10019
New York County
Collin County

Kerry K. Killinger
c/o Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101
King County
(206) 461-2000

Anthony R. Merlo, Jr.
c/o First American eAppraiseIT, Inc.
12395 First American Way
Poway, CA 92064
San Diego County

**R.S. Bassman v. Richard F. Syron, et al.**
## DEFENDANTS
**(continued)**

First American Corporation
1 First American Way
Santa Ana, CA 92707
Orange County
(800) 854-3643


First American eApppraiseIT
12395 First American Way
Poway, CA 92064
San Diego County


Countrywide Financial Corporation
4500 Park Granada
Calabasas, CA 91302
Orange County
(818) 225-3000


Countrywide Home Equity Loan Trust
c/o Freddie Bank of New York Mellon
101 Barclay Street
New York, NY 10286
New York County


Countrywide Bank, FSB
1 Sansome Street
22 Floor
San Francisco, CA
San Francisco County


Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302
Orange County
(818) 225-3000


Landsafe, Inc.
7105 Corporate Drive
Plano, TX 75024
Collin County
(877) 572-5673

4 of 5

**R.S. Bassman v. Richard F. Syron, et al.**
## DEFENDANTS
**(continued)**

Angelo R. Mozilo
c/o Countrywide Financial Corporation
4500 Park Granada
Calabasas, CA 91302
Orange County
(818) 225-3000

752744.1

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Richard F. Syron at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept. Described herein:

```
     SEX-    FEMALE
     AGE-    45
  HEIGHT-    5'8"
    HAIR-    BLACK
  WEIGHT-    155
    RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3|28|08___
                Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204244

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                         Plaintiff,

      -against-

RICHARD F. SYRON, ET AL.,

                     Defendants.
------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                  : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

      That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet and Court Rules for Electronic Filing** upon the individual defendant Richard F. Syron by enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Richard F. Syron
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Patricia L. Cook at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

```
  SEX-   FEMALE
  AGE-   45
HEIGHT-  5'8"
  HAIR-  BLACK
WEIGHT-  155
  RACE-  BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
                  Date

ROBERT   PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204250

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                                    Plaintiff,

       -against-

RICHARD F. SYRON, ET AL.,

                          Defendants.
-------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Patricia L. Cook by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Patricia L. Cook
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Anthony S. Piszel at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    155
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
                Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204251

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                    Plaintiff,

        -against-

RICHARD F. SYRON, ET AL.,
                                    Defendants.          **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------------X
STATE OF NEW YORK    )
                     : S.S.
COUNTY OF NEW YORK   )

        CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Anthony S. Piszel by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Anthony S. Piszel
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102


Sworn to before me this
6th day of May, 2008

                                                    CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Eugene M. McQuade at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

```
  SEX-    FEMALE
  AGE-    45
HEIGHT-   5'8"
 HAIR-    BLACK
WEIGHT-   155
 RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3\28\08___
            Date

ROBERT  PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204259

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of             Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                        Plaintiff,

            -against-

RICHARD F. SYRON, ET AL.,
                                        Defendants.          **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X
STATE OF NEW YORK      )
                       : S.S.
COUNTY OF NEW YORK     )

        CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Eugene M. McQuade by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Eugene M. McQuade
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

                                        _Connie Asaro_
                                        CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1955.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 1:00 pm on March 26, 2008, I served Richard Karl Goetz at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    155
   RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  3/28/08
             Date

ROBERT   PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204260

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                    Plaintiff,

            -against-

RICHARD F. SYRON, ET AL.,
                                    Defendants.        **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK     )
                      : S.S.
COUNTY OF NEW YORK    )

        CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Richard Karl Goetz by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Richard Karl Goetz
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102


Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal
Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service
of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd
Amended Instructions for Filing an Electronic Case or Appeal; and
Guidelines for Electronic Case Filing; Procedures for Electronic
Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Stephen A. Ross at
Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by
serving Jennifer Mattap, Agent, authorized to accept.  Described
herein:

```
     SEX-   FEMALE
     AGE-   45
  HEIGHT-   5'8"
    HAIR-   BLACK
  WEIGHT-   155
    RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Affidavit of Service is true and correct.

Executed on ___3/28/08___
                  Date

ROBERT  PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204255

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of          Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                    Plaintiff,

           -against-

RICHARD F. SYRON, ET AL.,
                                    Defendants.          **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X

STATE OF NEW YORK     )
                      : S.S.
COUNTY OF NEW YORK    )

          CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
          That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Stephen A. Ross by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Stephen A. Ross
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

                                              CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Shaun F. O'Malley at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept. Described herein:

```
   SEX-    FEMALE
   AGE-    45
HEIGHT-    5'8"
  HAIR-    BLACK
WEIGHT-    155
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
             Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204256

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                       Plaintiff,

    -against-

RICHARD F. SYRON, ET AL.,

                       Defendants.

-------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                       : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Shaun F. O'Malley by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Shaun F. O'Malley
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Robert F. Glauber at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    155
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
              Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204258

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of       Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                        Plaintiff,

      -against-

RICHARD F. SYRON, ET AL.,

                 Defendants.       **AFFIDAVIT OF SERVICE**
------------------------------------------------------------------X

STATE OF NEW YORK    )
                       : S.S.
COUNTY OF NEW YORK   )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet**
**and Court Rules for Electronic Filing** upon the individual defendant Robert F. Glauber by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Robert F. Glauber
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

                                          CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Barbara T. Alexander at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    155
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3|28|08___
              Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204252

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                              Plaintiff,

     -against-

RICHARD F. SYRON, ET AL.,

                         Defendants.

-----------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK  )

     CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Barbara T. Alexander by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Barbara T. Alexander
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351

MICHAEL J KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served William M. Lewis, Jr. at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    45
 HEIGHT-    5'8"
   HAIR-    BLACK
 WEIGHT-    155
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
              Date

ROBERT  PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204253

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                        Plaintiff,

          -against-

RICHARD F. SYRON, ET AL.,
                                        Defendants.          **AFFIDAVIT OF SERVICE**
--------------------------------------------------------------X
STATE OF NEW YORK       )
                        : S.S.
COUNTY OF NEW YORK      )

          CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
          That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant William M. Lewis by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

William M. Lewis
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102


Sworn to before me this
6th day of May, 2008

                                        CONNIE ASARO #1126351


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Jeffrey M. Peek at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

         SEX-   FEMALE
         AGE-   45
      HEIGHT-   5'8"
        HAIR-   BLACK
      WEIGHT-   155
        RACE-   BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3 28 08___
              Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204254

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                                Plaintiff,

     -against-

RICHARD F. SYRON, ET AL.,

                            Defendants.
----------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                       : S.S.
COUNTY OF NEW YORK  )

     CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

     That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Jeffrey M. Peek by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Jeffrey M. Peek
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

                                              CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal
Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service
of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd
Amended Instructions for Filing an Electronic Case or Appeal; and
Guidelines for Electronic Case Filing; Procedures for Electronic
Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington,
D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Geoffrey T. Boisi at
Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by
serving Jennifer Mattap, Agent, authorized to accept.  Described
herein:

```
    SEX-   FEMALE
    AGE-   45
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   155
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Affidavit of Service is true and correct.

Executed on _____3/29/08_____
              Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204261

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                        Plaintiff,

         -against-

RICHARD F. SYRON, ET AL.,
                                        Defendants.         **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK          )
                           : S.S.
COUNTY OF NEW YORK         )

         CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
         That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Geoffrey T. Boisi by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Geoffrey T. Boisi
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008
                                                      CONNIE ASARO #1126351


MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

R.S. Bassman, Derivatively on Behalf of Freddie Mac a/k/a Federal Home Loan Mortgage Corporation and its shareholders

vs.

Richard F. Syron, et al.

No. 08 CV 02423

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons; Complaint with Exhibit A; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; and Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:00 pm on March 26, 2008, I served Ronald F. Poe at Freddie Mac, 8200 Jones Branch Drive, McLean, Virginia 22102 by serving Jennifer Mattap, Agent, authorized to accept.  Described herein:

```
    SEX-   FEMALE
    AGE-   45
 HEIGHT-   5'8"
   HAIR-   BLACK
 WEIGHT-   155
   RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on ___3/28/08___
                Date

ROBERT PROFFITT
1827 18th Street, NW
Washington, DC 20009
Our File#- 204262

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                     Plaintiff,

    -against-

RICHARD F. SYRON, ET AL.,

                     Defendants.
-------------------------------------------------------------X

Case No. 08-CV-2423

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                         : S.S.
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 15th day of April, 2008, to complete the service made by Robert Proffitt on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Ronald F. Poe by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Ronald F. Poe
c/o Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102

Sworn to before me this
6th day of May, 2008

CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of          Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                        Plaintiff,

        -against-

RICHARD F. SYRON, ET AL.,
                                        Defendants.          **AFFIDAVIT OF SERVICE**
--------------------------------------------------------------X

STATE OF WASHINGTON          )
                             :
COUNTY OF KING               )

        _Chaz Bowtsikavis_ , being duly sworn, deposes and says that he/she is an

agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen

years and is not a party to the action.

        That on the _26_ day of March, 2008, at approximately _1:00_ a.m./p.m.,

deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court**

**Rules for Electronic Filing** upon Washington Mutual, Inc. at 1301 Second Avenue,

Seattle, WA 98101 by personally delivering and leaving the same with Jamie Buhl,

Administrative Assistant, who stated that he/she is authorized to accept service.

        Jamie Buhl is a _black_ male/female, approximately _35-40_ years of age, is

approximately _5_ feet and _8_ inches tall, weighs approximately _150_ pounds, with

_brown_ hair.

Sworn to before me this
_3/27_ day of March, 2008

                                        PROCESS SERVER

NOTARY PUBLIC, STATE OF WASHINGTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan
Mortgage Corporation and its shareholders,

                             Plaintiff(s),           CASE NO. 08 CV 02423

     -against-                              **AFFIDAVIT OF SERVICE**

RICHARD F. SYRON, **ET AL.,**
                     Defendant(s).
--------------------------------------------------------X
STATE OF NEW YORK    )
                     s.s :
COUNTY OF NEW YORK  )

      CONNIE ASARO, being duly sworn, deposes and says that she is an employee of
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.

      That on the 26th day of March, 2008, at approximately 3:07 p.m., deponent served a true
copy of the **SUMMONS IN A CIVIL ACTION ; COMPLAINT; CIVIL COVER SHEET;
ECF FILING INSTRUCTIONS and JUDGE'S RULES** upon Pricewaterhouse Coopers LLP
at 300 Madison Avenue, New York, New York by personally delivering and leaving the same
with Patrice Edmonds, Paralegal, who is authorized by appointment to accept service.

      Patrice Edmonds is a white female, approximately 35 years of age, is approximately 5
feet and 6 inches tall, weighs approximately 130 pounds, with long light brown hair and light
eyes.

Sworn to before me this
31st day of March, 2008

                                         CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                         Plaintiff,

        -against-

RICHARD F. SYRON, ET AL.,
                                         Defendants.        **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X
STATE OF WASHINGTON          )
                             :
COUNTY OF KING               )

_Chaz Bontsikaris_ , being duly sworn, deposes and says that he/she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

That on the __26__ day of March, 2008, at approximately __1:00__ a.m./p.m. deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court Rules for Electronic Filing** upon Kerry K. Killinger c/o Washington Mutual, Inc. at 1301 Second Avenue, Seattle, WA 98101 by personally delivering and leaving the same with Jamie Buhl, a person of suitable age and discretion employed at that address, the actual place of business of the defendant, Kerry Killinger.

Jamie Buhl is a __black__ male/female, approximately __35-40__ years of age, is approximately __5__ feet and __8__ inches tall, weighs approximately __150__ pounds, with __brown__ hair.

Sworn to before me this
__3/27__ day of March, 2008

                                         _____
                                         PROCESS SERVER

_____
NOTARY PUBLIC, STATE OF WASHINGTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of          Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

                         Plaintiff,

     -against-

RICHARD F. SYRON, ET AL.,

                  Defendants.     **AFFIDAVIT OF SERVICE**
------------------------------------------------------------X
STATE OF NEW YORK    )
                      : S.S.
COUNTY OF NEW YORK  )

       CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
       That on the 15th day of April, 2008, to complete the service made by Chaz Boutsikaris on
March 26, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet**
**and Court Rules for Electronic Filing** upon the individual defendant Kerry K. Killinger by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Kerry K. Killinger
c/o Washington Mutual, Inc.
1301 Second Avenue
Seattle, WA 98101

Sworn to before me this
6th day of May, 2008

                                       CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

R.S. BASSMAN, Derivatively on Behalf of
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,

Case No. 08-CV-2423

                    Plaintiff,

      -against-

RICHARD F. SYRON, ET AL.,

                  Defendants.

**AFFIDAVIT OF SERVICE**

---------------------------------------------------------------X

STATE OF CALIFORNIA  )
                         : 
COUNTY OF ORANGE   )

    _Scot A. Duncan_, being duly sworn, deposes and says that he/she is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is not a party to the action.

    That on the _7th_ day of April, 2008, at approximately _1:30_ a.m./p.m. deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court Rules for Electronic Filing** upon Anthony R. Merlo, Jr. c/o First American Corporation at One First American Way, Santa Ana, CA 92707 by personally delivering and leaving the same with _LAURIE GRUSHEN, V.P._, who is a person of suitable age and dsicretion at that address, the actual place of business of the defendant.

    _LAURIE GRUSHEN_ is a _FEMALE_ male/female, approximately

_45_ years of age, is approximately _5_ feet and _8_ inches tall, weighs approximately

_140_ pounds, with _BLOND_ hair.

Sworn to before me this
_14_ day of April, 2008

PROCESS SERVER

NOTARY PUBLIC, STATE OF CALIFORNIA

CATHERINE BINGLEY
Commission # 1597955
Notary Public - California
Orange County
My Comm. Expires Jul 29, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                         Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                    Plaintiff,

            -against-

RICHARD F. SYRON, ET AL.,
                                    Defendants.              **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------------X
STATE OF NEW YORK      )
                       : S.S.
COUNTY OF NEW YORK     )

        CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of April, 2008, to complete the service made by Scot A. Duncan on
April 7, 2008, deponent served another copy of the **Summons; Complaint; Civil Cover Sheet
and Court Rules for Electronic Filing** upon the individual defendant Anthony R. Merlo, Jr. by
enclosing a true copy thereof in a securely sealed and first-class mail postpaid wrapper with the
words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the
outside that it is from an attorney or concerns a legal matter, and depositing the same into an
official depository maintained by the Government of the United States, City and State of New
York, addressed as follows:

Anthony R. Merlo, Jr.
c/o First American Corporation
One First American Way
Santa Ana, CA 92707


Sworn to before me this
2nd day of May, 2008                          _Connie Asaro_
                                              CONNIE ASARO #1126351


_Michael J. Keating_
MICHAEL J. KEATING
NOTARY PUBLIC STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                              Plaintiff,

        -against-

RICHARD F. SYRON, ET AL.,
                              Defendants.            **AFFIDAVIT OF SERVICE**
-------------------------------------------------------------X

STATE OF CALIFORNIA  )
                                          :
COUNTY OF ORANGE   )

        _Scot A. Duncan_____, being duly sworn, deposes and says that he/she is an

agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen

years and is not a party to the action.

        That on the _26th_ day of March, 2008, at approximately _1:00_   a.m./(p.m.)

deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court**

**Rules for Electronic Filing** upon First American Corporation at One First American Way,

Santa Ana, CA 92707 by personally delivering and leaving the same with

_LAURIE GRUSHEN_____, who stated that he/she holds the position of

_VICE PRESIDENT___ and is authorized to accept service.

        _LAURIE GRUSHEN___ is a _FEMALE____ ~~male~~/female,  approximately

_45_ years of age, is approximately _5_ feet and _10_ inches  tall, weighs approximately

_150_ pounds, with _BLOND___ hair.

Sworn to before me this
_26_ day of March, 2008

_____
                                                        PROCESS SERVER

_____
NOTARY PUBLIC, STATE OF CALIFORNIA

CATHERINE BINGLEY
Commission # 1597955
Notary Public - California
Orange County
My Comm. Expires Jul 29, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of          Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                    Plaintiff,

         -against-

RICHARD F. SYRON, ET AL.,
                                    Defendants.          **AFFIDAVIT OF SERVICE**
--------------------------------------------------------------X
STATE OF CALIFORNIA          )
                             :
COUNTY OF SAN DIEGO          )

         _K Wysong_ , being duly sworn, deposes and says that he/she is an
agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen
years and is not a party to the action.

         That on the _26th_ day of March, 2008, at approximately _3:10_ a.m./p.m.
deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court
Rules for Electronic Filing** upon First American eAppraiseIT at 12395 First American
Way, Poway, CA 92064 by personally delivering and leaving the same with
_Sue Silva_ , who stated that he/she holds the position of
_H.R. Generalist_ and is authorized to accept service.

         _Sue Silva_ is a _white_ male/female approximately

_30_ years of age, is approximately _5_ feet and _9_ inches tall, weighs approximately

_165_ pounds, with _blonde_ hair.

Sworn to before me this
_29th_ day of March, 2008                          _____
                                                  PROCESS SERVER

_____
NOTARY PUBLIC, STATE OF CALIFORNIA



MARK J. JENKINS
Commission # 1497668
Notary Public - California
San Diego County
My Comm. Expires Jun 28, 2008

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | | |
| Attorney for: | Ref. No. or File No.: | |

Insert name of Court, Judicial District and Branch Court:

  United States District Court, Southern District Of New York

Applicant: R.S. Bassman, et al

: Richard F. Syron, et al

| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number: 08CV02423 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION Complaint; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing

*3. a. Party served:*  Countrywide Financial Corporation
*   b. Person served:*  Andrea May, Administrative Assistant, authorized to accept service of process

*4. Address where the party was served:*  5220 Las Virgenes Road
  Calabasas, CA  91302

*5. I served the party:*
*   a.* **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 4:25PM
*6. The "Notice to the Person Served" (on the Summons) was completed as follows:*
  *on behalf of:*  Countrywide Financial Corporation
    Under CCP 416.10 (corporation)

*7. **Person Who Served Papers:***
    a. Douglas Alan MacDonald
    **b. Keating & Walker**
    One Beekman Street, Suite 406
    New York, NY  10038
    c. 212.964.6444

*Fee for Service:*

State of California, County of  Los Angeles
Subscribed and sworn to (or affirmed) before me on this
2 day of April 2008 by Douglas MacDonald
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

_____
Milay Vera



MILAY VERA
COMM. # 1753808
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 26, 2011

*8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.*

**AFFIDAVIT OF SERVICE
SUMMONS**                        _____
                                      (Douglas Alan MacDonald)          878.5672

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of      Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                            Plaintiff,

      -against-

RICHARD F. SYRON, ET AL.,
                        Defendants.      **AFFIDAVIT OF SERVICE**
--------------------------------------------------------------X
STATE OF CALIFORNIA      )
                              :
COUNTY OF SAN FRANCISCO )

    _____, being duly sworn, deposes and says that he/she is an

agent of KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen

years and is not a party to the action.

    That on the _27th_ day of March, 2008, at approximately _1:30_ ~~a.m.~~/p.m.,

deponent served a true copy of the **Summons; Complaint; Civil Cover Sheet and Court**

**Rules for Electronic Filing** upon Countrywide Bank, FSB at _500 VAN NESS AVENUE,_

San Francisco, CA 94102 by personally delivering and leaving the same with

_MAIDA MARAR_____, who stated that he/she holds the position of

_AVP FINANCIAL CENTER_ and is authorized to accept service.
               _MANAGER_

    _MAIDA MARAR_____ is a _middle-eastern_ ~~male~~/female, approximately

_30_ years of age, is approximately _5_ feet and _7_ inches tall, weighs approximately

_100_ pounds, with _black_ hair.

Sworn to before me this
_____ day of March, 2008        _____
                          PROCESS SERVER

_____
NOTARY PUBLIC, STATE OF CALIFORNIA

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 31st
day of March , 20 08 , by Chris Sparks

proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

KAREN LEE O'BRIEN
Commission # 1710390
Notary Public - California
San Francisco County
My Comm. Expires Dec 12, 2010

(Seal)                    Signature

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Telephone No: | | |
| Attorney for: | Ref. No. or File No.: | |

*Insert name of Court, and Judicial District and Branch Court:*

United States District Court, Southern District Of New York

*Applicant:* R.S. Bassman, et al

: Richard F. Syron, et al

| **AFFIDAVIT OF SERVICE SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>08CV02423 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION Complaint; Civil Cover Sheet; 3rd Amended Instructions for Filing an Electronic Case or Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing

*3.  a. Party served:*  Countrywide Home Loans, Inc.

*4.  Address where the party was served:*  5220 Las Virgenes Road
Calabasas, CA  91302

*5.  I served the party:*

   a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 4:25PM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
   *on behalf of:*  Countrywide Home Loans, Inc.
   Under CCP 416.10 (corporation)

*7.* **Person Who Served Papers:**
   a. Douglas Alan MacDonald
   **b. Keating & Walker**
   One Beekman Street, Suite 406
   New York, NY  10038
   c. 212.964.6444

*Fee for Service:*

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this
2 day of April, 2008, by Douglas MacDonald
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Milay Vera



MILAY VERA
COMM. # 1753808
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. JUNE 28, 2011

*8.  I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of A America that the foregoing is true and correct.*

**AFFIDAVIT OF SERVICE
SUMMONS**

**(Douglas Alan MacDonald)**

878.5673

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                    Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage               **AFFIDAVIT OF SERVICE**
Corporation and its shareholders,
                              Plaintiff,

        -against-

RICHARD F. SYRON, et al.,
                              Defendants.
-----------------------------------X
STATE OF TEXAS          )
                        s.s.:
COUNTY OF TRAVIS        )


    JEFFERSON KEYTON, being duly sworn, deposes and says that
he is an agent of KEATING & WALKER ATTORNEY SERVICE, INC., is
over the age of eighteen years and is not a party to the
action.

    That on the 28th day of March, 2008, at approximately 11:19
a.m., deponent served a true copy of the Summons; Complaint;
Civil Cover Sheet and Court Rules for Electronic Filing upon
Landsafe, Inc. by serving their Registered Agent, the
Corporation Service Company at 701 Brazos Street - Suite 1050,
Austin, Texas by personally delivering and leaving the same
with Veronica Cordell, who stated that she is authorized to
accept service at that address on behalf of Landsafe, Inc.

    Veronica Cordell is a Hispanic female, approximately 30
years of age, is approximately 5 feet and 5 inches tall,
weighs approximately 130 pounds, with black hair.


                              Sworn to before me this
                              _1ST_ day of _April_, 2008.


_____        _____
JEFFERSON KEYTON                 NOTARY PUBLIC

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| :<br>:<br>:<br>:<br>Telephone No:<br><br>Attorney for: | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Southern District Of New York |

| Applicant: R.S. Bassman, et al |
|---|
| : Richard F. Syron, et al |

| **AFFIDAVIT OF SERVICE**<br>**SUMMONS** | Hearing Date: | Time: | Dept/Div: | Case Number:<br><br>08CV02423 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS IN A CIVIL ACTION Complaint; Civil Cover Sheet; 3rd Amended Instructions for Filing an
    Electronic Case or Appeal; Guidelines for Electronic Case Filing; Procedures for Electronic Case Filing

*3.  a. Party served:*   Angelo R. Mozilo
*b. Person served:*   Andrea May, Administrative Assistant, authorized to accept service of process

*4.  Address where the party was served:*   5220 Las Virgenes Road
    Calabasas, CA  91302

*5.  I served the party:*
    a.  **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
        process for the party (1) on: Wed., Mar. 26, 2008 (2) at: 4:25PM

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant

*7. Person Who Served Papers:*           Fee for Service:
    a. Douglas Alan MacDonald
    **b. Keating & Walker**
    One Beekman Street, Suite 406
    New York, NY  10038           State of California, County of Los Angeles
    c. 212.964.6444               Subscribed and sworn to (or affirmed) before me on this
                                  2 day of April, 2008, by Douglas MacDonald
                                  proved to me on the basis of satisfactory evidence
                                  to be the person(s) who appeared before me.

                                  Milay Vera

MILAY VERA
COMM. # 1753808
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. June 26, 2011

*8.  I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of A*
    *America that the foregoing is true and correct.*

                              **AFFIDAVIT OF SERVICE**
                              **SUMMONS**                  (Douglas Alan MacDonald)

                                                                          878.5671

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
R.S. BASSMAN, Derivatively on Behalf of                         Case No. 08-CV-2423
Freddie Mac a/k/a Federal Home Loan Mortgage
Corporation and its shareholders,
                                        Plaintiff,

            -against-

RICHARD F. SYRON, ET AL.,
                                        Defendants.             **AFFIDAVIT OF SERVICE**
----------------------------------------------------------------X
STATE OF NEW YORK    )
                     : S.S.
COUNTY OF NEW YORK   )

        CONNIE ASARO, being duly sworn, deposes and says that she is employed by
KEATING & WALKER ATTORNEY SERVICE, INC., is over the age of eighteen years and is
not a party to the action.
        That on the 15th day of April, 2008, to complete the service made by Douglas Alan
McDonald on March 26, 2008, deponent served another copy of the **Summons; Complaint;
Civil Cover Sheet and Court Rules for Electronic Filing** upon the individual defendant
Angelo R. Mozilo by enclosing a true copy thereof in a securely sealed and first-class mail
postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and
not indicating on the outside that it is from an attorney or concerns a legal matter, and depositing
the same into an official depository maintained by the Government of the United States, City and
State of New York, addressed as follows:

Angelo R. Mozilo
c/o Countrywide Home Loans, Inc.
4500 Park Granada
Calabasas, CA 91302


Sworn to before me this
2nd day of May, 2008

                                                        CONNIE ASARO #1126351

MICHAEL J. KEATING
NOTARY PUBLIC, STATE OF NEW YORK
Reg. No. 01-KE-4851559
Qualified in New York County
Commission expires February 3, 2010