UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

           Plaintiff,

    v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,

           Defendants.

    and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

           Nominal Defendant.

**ECF CASE**

Case No.: 08 CV 02423 (BSJ)

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Darius P. Chafizadeh, an attorney associated with the law firm of Thacher Proffitt & Wood LLP and admitted to practice in this District, hereby enters appearance as counsel on behalf of Defendants Anthony R. Merlo Jr., First American Corporation, and First American Eappraiseit, and respectfully requests that all notices required to

1

be given and all papers required to be served in this case be given to and served upon Thacher Proffitt & Wood LLP at the address set forth below:

>Thacher Proffitt & Wood LLP
>Two World Financial Center
>New York, New York 10281
>Attn:  Darius P. Chafizadeh, Esq.
>       dchafizadeh@tpw.com

Dated: New York, New York
      June 16, 2008      THACHER PROFFITT & WOOD LLP

                      By:   /s/ Darius P. Chafizadeh
                            Darius P. Chafizadeh

                      Two World Financial Center
                      New York, New York 10281
                      Tel:  (212) 912-7400

                      *Attorneys for Defendants Anthony R. Merlo, Jr., First American Corporation, and First American Eappraiseit*