Kenneth I. Schacter
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
Tel: (212) 705-7000
Fax: (212) 752-5378
kenneth.schacter@bingham.com

Jordan D. Hershman
Jason D. Frank
**BINGHAM McCUTCHEN LLP**
One Federal Street
Boston, MA  02110-1726
Tel: (617) 951-8000
Fax: (617) 951-8736

*Attorneys for Nominal Defendant Freddie Mac*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

        Plaintiff,

        v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,

        Defendants,

        and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

        Nominal Defendant.
-------------------------------------------------------------------- x

Case No. 08 CV 02423-BSJ

**NOTICE OF MOTION TO TRANSFER OR STAY**

A/72568362.1

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Steven Cole, dated June 13, 2008, and the Memorandum of Law in Support of Its Motion to Transfer Venue or, Alternatively, Stay the Proceedings, nominal defendant Freddie Mac will move this Court, before the Honorable Barbara S. Jones, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an Order transferring this action to the United States District Court for the Eastern District of Virginia or, in the alternative, staying this action pending the outcome of the investigation of Plaintiff's allegations by a Special Litigation Committee, and for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
June 16, 2008

                **BINGHAM McCUTCHEN LLP**

                By: s/Kenneth I. Schacter
                    Kenneth I Schacter
                    399 Park Avenue
                    New York, NY 10022
                    Tel: (212) 705-7000
                    Fax: (212) 752-5378
                    kenneth.schacter@bingham.com

                    Jordan D. Hershman
                    Jason D. Frank
                    One Federal Street
                    Boston, MA 02110-1726
                    Tel: (617) 951-8000
                    Fax: (617) 951-8736

                    *Attorneys for Nominal Defendant*
                    *Freddie Mac*