UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

     Plaintiff,

  v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,

     Defendants.

  and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

     Nominal Defendant.

ECF CASE

Case No.: 08 CV 02423 (BSJ)

**CERTIFICATE OF SERVICE**

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that on June 17, 2008, I served a copy of **NOTICE OF APPEARANCE FOR DARIUS P. CHAFIZADEH, RICHARD F. HANS and PATRICK SMITH**, upon:

>Daniel P. Chiplock
>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
>780 Third Avenue, 48th Floor
>New York, NY 10017
>
>David Wallace Stanley
>CUNEO, WALDMAN & GILBERT, L.L.P.
>507 C Street, NE
>Washington, DC 20002
>
>Richard M. Heimann
>LIEFF, CABRASER, HEIMANN & BERNSTEIN, L.L.P.
>275 Battery Street, 30th Floor
>San Francisco, CA 94111
>
>Robert J. Cynkar
>SHAW, PITTMAN, POTTS & TROWBRIDGE
>2300 N Street, N.W.
>Washington, DC 20002

by depositing a true and correct copy of the same into the custody of the United State Postal Service, enclosed in properly addressed postage paid wrappers.

_____
SHERI BETH CAMPBELL