**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>                                Plaintiff,<br><br>    v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>                                Defendants,<br><br>    and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>                             Nominal Defendant. | ECF CASE<br><br>Case No. 08-CV-02423 (BSJ) (JCF)<br><br>**JOINDER IN DEFENDANT FREDDIE MAC'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, STAY THE PROCEEDINGS** |

Defendants Countrywide Financial Corporation, Countrywide Home Equity Loan Trust, Countrywide Bank FSB, Countrywide Home Loans, Inc., Landsafe, Inc., and Angelo R. Mozilo, by and through their undersigned counsel, respectfully join in Freddie Mac's Motion to Transfer Venue or, Alternatively, Stay the Proceedings and accompanying memorandum of law in support thereof filed by Nominal Defendant Freddie Mac on June 16, 2008.

Dated:  June 19, 2008

>Respectfully submitted,
>
>**COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRYWIDE BANK FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO**
>
>By their attorneys,
>
>/s/ Jeffrey A. Simes
>Jeffrey A. Simes (JS-7060)
>jsimes@goodwinprocter.com
>GOODWIN PROCTER LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018-1405
>(212) 813-8800
>
>Brian E. Pastuszenski (*pro hac vice* TBF)
>bpastuszenski@goodwinprocter.com
>Stuart M. Glass (*pro hac vice* TBF)
>sglass@goodwinprocter.com
>Stacey S. Baron (*pro hac vice* TBF)
>sbaron@goodwinprocter.com
>GOODWIN PROCTER LLP
>53 State Street
>Boston, MA  02109
>(617) 570-1000

- 3 -

## CERTIFICATE OF SERVICE

    I, Jeffrey A. Simes, hereby certify that this document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 19, 2008.

    /s/ Jeffrey A. Simes

    Jeffrey A. Simes (JS-7060)