UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>               Plaintiff,<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGNE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,<br><br>               Defendants,<br><br>     And<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>               Nominal Defendant | EFC CASE<br><br>Case No.: 08-CV-02423 (BSJ)(JCF)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Diana L. Weiss and Joshua M. Cutler, both of whom are admitted to practice in this Court, hereby appear in this action as counsel of record on behalf of Defendant PricewaterhouseCoopers LLP.

Dated: June 19, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: _/s/ Joshua M. Cutler_
    Diana L. Weiss (DW-0150)
    Joshua M. Cutler (JC-0077)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*