5ONS4 5.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

    Plaintiff,

v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO

    Defendants,

  and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

    Nominal Defendant.

ECF CASE

08-CV-02423 (BSJ) (JCF)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that all defendants' time to answer or otherwise respond to the complaint dated March 10, 2008 in the above-captioned matter shall be extended to and including August 11, 2008, pending further discussion by the parties about scheduling in this case. This stipulation supersedes and replaces all prior stipulations entered into between the parties, and it applies to all defendants and the nominal defendant.

A/72567644.1/3007870-0000338084

Dated: New York, New York

June 20, 2008

| CUNEO GILBERT & LADUCA, LLP | BINGHAM McCUTCHEN LLP |
|---|---|
| By: /s/ Jonathan W. Cuneo | By: /s/ Kenneth I. Schacter |
| Jonathan W. Cuneo | Kenneth I. Schacter |
| | Eugenie Cesar-Fabian |
| 507 C Street, NE | 399 Park Avenue |
| Washington, D.C. 20002 | New York, NY 10022-4689 |
| Tel: (202) 587-5065 | Tel: (212) 705-7000 |
| Fax: (202) 789-1813 | Fax: (212) 752-5378 |
| jonc@cuneolaw.com | kenneth.schacter@bingham.com |
| | eugenie.cesar-fabian@bingham.com |
| *Attorneys for Plaintiff R.S. Bassman* | |

-and-

Jordan D. Hershman
Jason D. Frank
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110-1726
(617) 951-8455
jordan.hershman@bingham.com
jason.frank@bingham.com

*Attorneys for Nominal Defendant Federal Home Loan Mortgage Corporation*

SO ORDERED:

/s/ Barbara S. Jones
United States District Judge
Dated: June 23, 2008

A/72567944.1/8007970-0000338094