UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>                Plaintiff,<br><br>        v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,<br><br>                Defendants.<br><br>        and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>                Nominal Defendant. | **ECF CASE**<br><br>Case No.: 08 CV 02423 (BSJ)<br><br>**CERTIFICATE OF SERVICE** |

Pursuant to 28 U.S.C. § 1746, under penalty of perjury, I declare that on June 24, 2008, I served a copy of **NOTICE OF APPEARANCE FOR COREY E. DELANEY**, upon:

Daniel P. Chiplock
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

David Wallace Stanley
CUNEO, WALDMAN & GILBERT, L.L.P.
507 C Street, NE
Washington, DC 20002

Richard M. Heimann
LIEFF, CABRASER, HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 30th Floor
San Francisco, CA 94111

Robert J. Cynkar
SHAW, PITTMAN, POTTS & TROWBRIDGE
2300 N Street, N.W.
Washington, DC 20002

by depositing a true and correct copy of the same into the custody of the United State Postal Service, enclosed in properly addressed postage paid wrappers.

      /s/ Corey Elanor Delaney
**COREY ELANOR DELANEY**