Jones, J

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>                              Plaintiff,<br><br>        v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>                              Defendants,<br><br>            and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>                              Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO FREDDIE MAC'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, STAY PROCEEDINGS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that plaintiff's time to respond to Freddie Mac's Motion To Transfer Venue Or, Alternatively, Stay Proceedings in the above-captioned matter, which was filed on June 17, 2008, shall be extended to and including July 28, 2008, pending further discussion by the parties about scheduling in this case.

A/72577424.1/3007870-0000332094


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/26/08

Dated: New York, New York
June 25, 2008

| **CUNEO GILBERT & LADUCA, LLP** | **BINGHAM McCUTCHEN LLP** |
|---|---|
| By: *Jonathan W. Cuneo* | By: *Kenneth I. Schacter* |
| Jonathan W. Cuneo | Kenneth I. Schacter |
| | Eugenie Cesar-Fabian |
| 507 C Street, NE | 399 Park Avenue |
| Washington, D.C. 20002 | New York, NY 10022-4689 |
| Tel: (202) 587-5065 | Tel: (212) 705-7000 |
| Fax: (202) 789-1813 | Fax: (212) 752-5378 |
| jonc@cuneolaw.com | kenneth.schacter@bingham.com |
| | eugenie.cesar-fabian@bingham.com |
| *Attorneys for Plaintiff R.S. Bassman* | |

-and-

Jordan D. Hershman
Jason D. Frank
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8455
jordan.hershman@bingham.com
jason.frank@bingham.com

*Attorneys for Nominal Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac")*

**SO ORDERED:**

_____
United States District Judge
Dated:

A/72577424.1/3007870-0000332094