UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
R.S BASSMAN, :
:
                Plaintiff, :
:
       *vs.* :   Case No. 08 Civ. 2423 (BSJ) (JCF)
:
Richard F. SYRON, *et al.*, :
:
                Defendants, :
       *-and-* :
:   **NOTICE OF APPEARANCE**
FREDDIE MAC (a/k/a Federal Home Loan :
Mortgage Corporation), :
:
             Nominal Defendant. :
:
------------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears as counsel of record on behalf of Washington Mutual, Inc. and Kerry K. Killinger in the above captioned action.

Dated: June 26, 2008               SIMPSON THACHER & BARTLETT LLP

                                       By:  */s/ Mary Kay Vyskocil*
                                            Barry R. Ostrager
                                            Mary Kay Vyskocil
                                            425 Lexington Avenue
                                            New York, New York 10017
                                            Tel.:   (212) 455-2700
                                            Fax:   (212) 455-2502
                                            Email:  bostrager@stblaw.com
                                                          mvyskocil@stblaw.com

                                            *-and-*

                                            Robert J. Pfister
                                            1999 Avenue of the Stars, 29th Floor
                                            Los Angeles, California 90067
                                            Tel.:   (310) 407-7500
                                            Fax:   (310) 407-7502
                                            Email:  rpfister@stblaw.com

                                 *Attorneys for defendants Washington Mutual, Inc.*
                                 *and Kerry K. Killinger*