UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
R.S BASSMAN, :
:
                Plaintiff, :
:
    *vs.* :
: Case No. 08 Civ. 2423 (BSJ) (JCF)
Richard F. SYRON, *et al.*, :
:
                Defendants, :
        -and- :
: **NOTICE OF APPEARANCE**
FREDDIE MAC (a/k/a Federal Home Loan :
Mortgage Corporation), :
:
:
                Nominal Defendant. :
:
---------------------------------------------------------x

      PLEASE TAKE NOTICE that the undersigned appears as counsel of record on behalf of Washington Mutual, Inc. and Kerry K. Killinger in the above captioned action.

Dated: June 26, 2008        SIMPSON THACHER & BARTLETT LLP

        By:  */s/ Barry R. Ostrager*
            Barry R. Ostrager
            Mary Kay Vyskocil
            425 Lexington Avenue
            New York, New York 10017
            Tel.:   (212) 455-2700
            Fax:   (212) 455-2502
            Email:  bostrager@stblaw.com
                    mvyskocil@stblaw.com

            *-and-*

            Robert J. Pfister
            1999 Avenue of the Stars, 29th Floor
            Los Angeles, California 90067
            Tel.:   (310) 407-7500
            Fax:   (310) 407-7502
            Email:  rpfister@stblaw.com

        *Attorneys for defendants Washington Mutual, Inc.*
        *and Kerry K. Killinger*