UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------x
                                       :
R.S BASSMAN,                           :
                                       :
                        Plaintiff,     :
                                       :
        vs.                            :        Case No. 08 Civ. 2423 (BSJ) (JCF)
                                       :
Richard F. SYRON, et al.,              :
                                       :
                        Defendants,    :
        -and-                          :
                                       :        NOTICE OF APPEARANCE
FREDDIE MAC (a/k/a Federal Home Loan   :
Mortgage Corporation),                 :
                                       :
                                       :
                Nominal Defendant.     :
                                       :
----------------------------------------------------------x
```

PLEASE TAKE NOTICE that the undersigned appears as counsel of record on behalf of Washington Mutual, Inc. and Kerry K. Killinger in the above captioned action.

Dated:  June 26, 2008

SIMPSON THACHER & BARTLETT LLP

By:    /s/ Robert J. Pfister
       Barry R. Ostrager
       Mary Kay Vyskocil
       425 Lexington Avenue
       New York, New York 10017
       Tel.:    (212) 455-2700
       Fax:    (212) 455-2502
       Email:  bostrager@stblaw.com
               mvyskocil@stblaw.com

            -and-

       Robert J. Pfister
       1999 Avenue of the Stars, 29th Floor
       Los Angeles, California 90067
       Tel.:    (310) 407-7500
       Fax:    (310) 407-7502
       Email:  rpfister@stblaw.com

*Attorneys for defendants Washington Mutual, Inc.
and Kerry K. Killinger*