UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

         Plaintiff,

v.

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO

         Defendants,

    and

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,
         Nominal Defendant.

ECF CASE

Case No. 08-CV-02423 (BSJ) (JCF)

[~~PROPOSED~~] ORDER ADMITTING COUNSEL *PRO HAC VICE*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Upon consideration of the Assented-To Notice of Motion for Admission *Pro Hac Vice* of Brian E. Pastuszenski, Esq., Stuart M. Glass, Esq., and Stacey S. Baron, Esq., dated June 19, 2008, and the accompanying Affidavit of Jeffrey A. Simes, Esq., sworn to on June 19, 2008, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court,

Brian E. Pastuszenski, Esq., Stuart M. Glass, Esq., and Stacey S. Baron, Esq. are hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing Defendants Countrywide Financial Corporation, Countrywide Home Equity Loan Trust, Countrywide Bank, FSB, Countrywide Home Loans, Inc., Landsafe, Inc., and Angelo R. Mozilo in the above-captioned proceeding.

James C. Francis,
United States Magistrate Judge

Dated: June 30, 2008