UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, | Case No. 08-CV-02423-BSJ-JCF |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| RICHARD F. SYRON, et al., | |
| Defendants. | |
| and | |
| FREDDIE MAC (a/k/a Federal Home Loan Mortgage Corporation), | |
| Nominal Defendant. | |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Steven E. Fineman, Esq., a member in good standing of this Court, and a partner of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: New York, New York
July 7, 2008

　　/s/  Steven E. Fineman　　
Steven E. Fineman, Bar No. SF 8481
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY  10017
Tel. (212) 355-9500
Fax (212) 355-9592
E-mail: sfineman@lchb.com

*Attorney for Plaintiff R. S. Bassman*

770966.1