UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, | ) Case No. 08-CV-02423-BSJ-JCF |
| Plaintiff, | ) |
| vs. | ) NOTICE OF APPEARANCE |
| RICHARD F. SYRON, et al., | ) |
| Defendants. | ) |
| and | ) |
| FREDDIE MAC (a/k/a Federal Home Loan Mortgage Corporation), | ) |
| Nominal Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Daniel P. Chiplock, Esq., a member in good standing of this Court, and a partner of the firm Lieff, Cabraser, Heimann & Bernstein, LLP, hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned action, and requests that copies of all notices, pleadings, and other documents filed in this proceeding be provided to him.

Dated: New York, New York  
       July 7, 2008

   /s/ Daniel P. Chiplock_____
Daniel P. Chiplock, Bar No. DC 1137
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
780 Third Avenue, 48th Floor
New York, NY 10017
Tel. (212) 355-9500
Fax (212) 355-9592
E-mail: dchiplock@lchb.com

*Attorney for Plaintiff R. S. Bassman*

770963.1