UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

R.S BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,

        Plaintiff,

RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,

        Defendants,

    And

FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,

        Nominal Defendant

---

ECF CASE

Case No.: 08-CV-02423 (BSJ)(JCF)

**DEFENDANT PRICEWATERHOUSECOOPERS LLP'S JOINDER TO MOTION TO TRANSFER VENUE OR, ALTERNATIVELY STAY THE PROCEEDINGS**

For the reasons set forth in Freddie Mac's Memorandum of Law in Support of Its Motion to Transfer Venue or, in the Alternative, Stay the Proceedings, filed on June 16, 2008 (Docket No. 14), Defendant PricewaterhouseCoopers LLP hereby joins the request that this action be transferred to the United States District Court for the Eastern District of Virginia or, in the alternative, stayed pending the completion of the investigation being conducted by the Special Litigation Committee formed by Freddie Mac's Board of Directors.

Dated: Washington, DC
      July 7, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:   */s/ Diana L. Weiss*
     Diana L. Weiss (DW-0150)
     Joshua M. Cutler (JC-0077)
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
(202) 339-8400

Attorneys for Defendant
PricewaterhouseCoopers LLP

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct:

On July 7, 2008, I caused the foregoing **DEFENDANT PRICEWATERHOUSECOOPERS LLP'S JOINDER TO MOTION TO TRANSFER VENUE OR, ALTERNATIVELY STAY THE PROCEEDINGS** to be served upon the following individuals by first class mail, postage paid by sender:

| | |
|---|---|
| Daniel P. Chiplock<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>780 Third Avenue<br>48th Floor<br>New York, NY 10017 | Robert J. Cynkar<br>Shaw, Pittman, Potts & Trowbridge<br>2300 N Street, NW<br>Washington, DC 20002 |
| David Wallace Stanley<br>Cuneo, Waldman & Gilbert, L.L.P.<br>507 C Street, NE<br>Washington, DC 20002 | Stacey S. Baron<br>Goodwin Procter LLP<br>53 State Street<br>Exchange Place<br>Boston, MA 02109 |
| Richard M. Heimann<br>Lieff, Cabraser, Heimann & Bernstein, L.L.P.<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111 | |

Dated: Washington, DC
        July 7, 2008


*/s/ Joshua M. Cutler*
Joshua M. Cutler
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005-1706
Tel. 202-339-8400

3