**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>　　　　　　　　　　　　　　　Defendants,<br><br>　　and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>　　　　　　　　　　　　Nominal Defendant. | ECF CASE<br><br>Case No. 08-CV-02423 (BSJ) (JCF)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Stacey S. Baron, of Goodwin Procter LLP, as counsel for Defendants Countrywide Financial Corporation, Countrywide Home Equity Loan Trust, Countrywide Bank FSB, Countrywide Home Loans, Inc., Landsafe, Inc., and Angelo R. Mozilo in the above-captioned matter. I certify that I am admitted to practice pro hac vice in this Court.

Dated: July 11, 2008

Respectfully submitted,

**COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRYWIDE BANK FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO**

By their attorneys,

/s/ Stacey S. Baron
Jeffrey A. Simes (JS-7060)
jsimes@goodwinprocter.com
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 813-8800

Brian E. Pastuszenski (*pro hac vice*)
bpastuszenski@goodwinprocter.com
Stuart M. Glass (*pro hac vice*)
sglass@goodwinprocter.com
Stacey S. Baron (*pro hac vice*)
sbaron@goodwinprocter.com
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02110
(617) 570-1000

- 3 -

**CERTIFICATE OF SERVICE**

     I, Stacey S. Baron, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 11, 2008.

                                                                                    /s/ Stacey S. Baron