UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>        Plaintiff,<br><br>      v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,<br><br>        Defendants,<br><br>   and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>        Nominal Defendant. | <u>ECF CASE</u><br><br>Case No.: 08 CV 02423 (BSJ)<br><br>**JOINDER IN DEFENDANT FREDDIE MAC'S MOTION TO TRANSFER VENUE OR, ALTERNATIVELY, STAY THE PROCEEDINGS** |

      Defendants Anthony R. Merlo Jr., The First American Corporation, and eAppraiseIT, LLC (misidentified as First American eAppraiseIT in the Complaint), by and through their undersigned counsel, respectfully join in Freddie Mac's Motion to Transfer Venue or, Alternatively, Stay the Proceedings and accompanying memorandum of law in support

1

thereof by Nominal Defendant Freddie Mac on June 16, 2008.


Dated: New York, New York
       July 15, 2008



                          THACHER PROFFITT & WOOD LLP

                          By:____/s/ Richard F. Hans_____
                               Richard F. Hans

                            Two World Financial Center
                            New York, New York 10281
                            Tel:  (212) 912-7400

                            *Attorneys for Defendants Anthony R. Merlo, Jr., The*
                            *First American Corporation, and eAppraiseIT, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I, Richard F. Hans, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those identified as non-registered participants by the NEF on July 15, 2008.

/s/ Richard F. Hans
Richard F. Hans