UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
R.S. BASSMAN, Derivatively on          : 08 Civ. 2423 (BSJ) (JCF)
Behalf of FREDDIE MAC a/k/a            :
Federal Home Loan Mortgage             :           O R D E R
Corporation and its shareholders,      :
                                       :
            Plaintiff,                 :
                                       :
      - against -                      :
                                       :
RICHARD F. SYRON, PATRICIA L. COOK,    :
ANTHONY S. PISZEL, EUGENE M.           :
McQUADE, RICHARD KARL GOELTZ,          :
STEPHEN A. ROSS, SHAUN F. O'MALLEY,    :
ROBERT R. GLAUBER, BARBARA T.          :
ALEXANDER, WILLIAM M. LEWIS, JR.,      :
JEFFREY M. PEEK, GEOFFREY T. BOISI,    :
RONALD F. POE, WASHINGTON MUTUAL       :
INC., PRICEWATERHOUSECOOPERS, LLP,     :
KERRY K. KILLINGER, ANTHONY R.         :
MERLO, JR., FIRST AMERICAN             :
CORPORATION, FIRST AMERICAN            :
EAPPRAISEIT, COUNTRYWIDE FINANCIAL     :
CORPORATION, COUNTRYWIDE HOME          :
EQUITY LOAN TRUST, COUNTRY-WIDE        :
BANK, FSB, COUNTRYWIDE HOME LOANS,     :
INC., LANDSAFE, INC., and ANGELO R.    :
MOZILO,                                :
            Defendants.                :
                                       :
      and                              :
                                       :
FREDDIE MAC a/k/a FEDERAL HOME LOAN    :
MORTGAGE CORPORATION,                  :
                                       :
            Nominal Defendant.         :
- - - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

  A pretrial conference having been conducted by telephone on July 17, 2008, it is hereby ORDERED as follows:

  1.  By August 1, 2008, plaintiffs shall serve and file any application to take discovery in connection with defendants' motion to transfer or stay.

2. Defendants shall answer the application by August 22, 2008.

3. Plaintiffs shall submit any reply by September 3, 2008.

4. Within 45 days of a determination denying plaintiffs' discovery application or of the completion of any discovery permitted, plaintiffs shall answer defendants' motion to transfer or stay.

5. Within 30 days of plaintiffs' answer to the motion to transfer or stay, defendants shall submit any reply.

6. Defendants' deadline for responding to the Complaint shall be extended until 45 days from the entry of the Court's order disposing of defendants' motion to transfer or stay, or the expiration of any stay granted by the Court, whichever is later.

SO ORDERED.

_JAMES C. FRANCIS IV_
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         July 17, 2008

Copies mailed this date:

Daniel P. Chiplock, Esq.
Steven Fineman, Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
780 Third Avenue - 48th Floor
New York, New York 10017

Richard M. Heimann, Esq.
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street - 30th Floor
San Francisco, CA 94111

2

Jonathan W. Cuneo, Esq.
David W. Stanley, Esq.
Cuneo Gilbert & LaDuca, LLP
507 C Street, N.E.
Washington, DC 20002

Robert J. Cynkar, Esq.
Shaw, Pittman, Potts & Trowbridge
2300 N Street, N.W.
Washington, DC 20002

Richard D. Greenfield, Esq.
Marguerite R. Goodman, Esq.
Greenfield & Goodman LLC
780 Third Avenue - 48th Floor
New York, New York 10017

Barry R. Ostrager, Esq.
Mary Kay Vyskocil, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Robert J. Pfister, Esq.
Simpson Thacher & Bartlett LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, CA 90067

Diana L. Weiss, Esq.
Joshua M. Cutler, Esq.
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152   15th Street, N.W.
Washington, DC 20005-1706

Darius P. Chafizadeh, Esq.
Thacher Proffitt & Wood LLP
50 Main Street
White Plains, New York 10601

Richard F. Hans, Jr., Esq.
Patrick J. Smith, Esq.
Corey E. Delaney, Esq.
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, New York 10281

Brian E. Pastuszenski, Esq.
Stacey S. Baron, Esq.
Stuart M. Glass, Esq.
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Jeffrey A. Simes, Esq.
Goodwin Procter LLP
620 Eighth Avenue
New York, New York 10018

Kenneth I. Schacter, Esq.
Eugenie Cesar-Fabian, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022-4689

Jordan D. Hershman, Esq.
Jason D. Frank, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

4