ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>　　　　　　　　　　　　Defendants,<br><br>　　and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>　　　　　　　　　　　　Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br><br><br>**NOTICE OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*** |

PLEASE TAKE NOTICE that upon the Affidavit of Kenneth I. Schacter, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting Jordan D. Hershman and Jason D. Frank *pro hac vice* to the Bar of this Court for the purpose of representing Nominal Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") in the above-captioned proceeding. The plaintiff has

assented to the relief requested in this motion.

Dated: New York, New York
       August 4, 2008

                                                       **BINGHAM McCUTCHEN LLP**

                                                       By: _____
                                                           Kenneth I. Schacter (KS4209)

                                                     399 Park Avenue
                                                   New York, NY 10022-4689
                                                   Tel: (212) 705-7000
                                                   Fax: (212) 752-5378
                                                   kenneth.schacter@bingham.com

                                                   *Attorneys for Nominal Defendant Federal*
                                                   *Home Loan Mortgage Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>         Plaintiff,<br><br> v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>         Defendants,<br><br>   and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>         Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br><br>**AFFIDAVIT OF KENNETH I. SCHACTER IN SUPPORT OF ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF NEW YORK   )
           ) SS.
COUNTY OF NEW YORK  )

   KENNETH I. SCHACTER being duly sworn, deposes and says:

   1.  I am a member of the firm of Bingham McCutchen LLP, attorneys for

Nominal Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") in the above-

captioned proceeding and a member in good standing of the Bar of this Court since 1981. I submit this Affidavit In Support of the Motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of Jordan D. Hershamn and Jason D. Frank to the Bar of this Court *pro hac vice*.

2. Jordan D. Hershman is a member of the firm Bingham McCutchen LLP. He is a member in good standing of the Bar of the Commonwealth of Massachusetts. Attached hereto as Exhibit A is a Certificate from the Supreme Judicial Court of the Commonwealth of Massachusetts stating that Mr. Hershman is a member in good standing of the Bar of the Commonwealth of Massachusetts. Mr. Hershman is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court.

3. Mr. Frank is a member of the firm Bingham McCutchen LLP. He is a member in good standing of the Bar of the Commonwealth of Massachusetts. Attached hereto as Exhibit B is a Certificate from the Supreme Judicial Court of the Commonwealth of Massachusetts stating that Mr. Frank is a member in good standing of the Bar of the Commonwealth of Massachusetts. Mr. Frank is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court.

4. Plaintiff has assented to this motion.

5. Accordingly, I respectfully request that Messrs Hershman and Frank be admitted to the Bar of this Court *pro hac vice* for the purposes of representing Nominal Defendant Freddie Mac in the above-captioned proceeding.

Kenneth I. Schacter

Sworn to before me this 7th day of August, 2008

Notary Public

DAVID MARCUS
Notary Public, State of New York
No. 4873948
Qualified in New York County
Commission Expires Oct. 20, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>Defendants,<br><br>and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br>AFFIDAVIT OF JORDAN D. HERSHMAN IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

COMMONWEALTH OF MASSACHUSETTS). ss:

JORDAN D. HERSHMAN, being duly sworn, deposes and says:

1.  I am counsel with the law firm of Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts 02110. I submit this affidavit in support of my admission *pro hac vice* for the purpose of participating in this action on behalf of Nominal Defendant, Federal Home Loan Mortgage Corporation ("Freddie Mac").

2.  I received my Juris Doctor degree from The George Washington University Law

ACTIVE/72610991.1/3007870-0000330424

School in 1986.

3. I am an active member, in good standing, of the bars of the Commonwealth of Massachusetts (admitted on January 1, 1986) and the State of New York (admitted on January 1, 1988). Attached hereto are certificates of good standing from Massachusetts, dated July 21, 2008, and New York, dated July 23, 2008. I am also admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Ninth Circuit.

4. I previously have been admitted to practice *pro hac vice* before courts in the State of New York and elsewhere.

5. I will participate in this litigation on behalf of Nominal Defendant, Freddie Mac with Jason D. Frank, another partner in the Boston office of Bingham McCutchen, who is also filing a for admission *pro hac vice*, and Kenneth Schacter, a partner with the New York office of Bingham McCutchen, who is authorized to practice in the State of New York and in this Court.

6. I do not currently have, nor have I ever had, any grievances pending against me related to my practice of law, nor have I ever been reprimanded, suspended, or disbarred from the practice of law. I have never resigned from the practice of law.

7. I will adhere to all rules and ethical standards of this Court.

_____
Jordan D. Hershman (MA BBO #553709)

Sworn to before me this ___ day of July, 2008 in the Commonwealth of Massachusetts.

_____
NOTARY PUBLIC

My commission expires _____
ELIZABETH T. KELSEN, NOTARY PUBLIC
MY COMMISSION EXPIRES SEPTEMBER 26, 2008

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JORDAN D. HERSHMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **13th** day of **June, 1988** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 23, 2008**

_Clerk of the Court_

6795

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **March** A.D. **1989**, said Court being the highest Court of Record in said Commonwealth:

**Jordan D. Hershman**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **July** in the year of our Lord **two thousand and eight**.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO,<br><br>　　　　　　　　　　　　　　Defendants,<br><br>　　and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>　　　　　　　　　　　　　　Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br>AFFIDAVIT OF JASON D. FRANK IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

COMMONWEALTH OF MASSACHUSETTS). ss:

JASON D. FRANK, being duly sworn, deposes and says:

1. I am counsel with the law firm of Bingham McCutchen LLP, One Federal Street, Boston, Massachusetts 02110. I submit this affidavit in support of my admission *pro hac vice* for the purpose of participating in this action on behalf of Nominal Defendant, Federal Home Loan Mortgage Corporation ("Freddie Mac").

2. I received my Juris Doctor degree from The University of Chicago Law School in

ACTIVE/72610994.1/3007870-0000330424

1996.

3. I am an active member, in good standing, of the bar of the Commonwealth of Massachusetts (admitted on December 18, 1996). Attached hereto is a certificate of good standing from Massachusetts, dated July 21, 2008. I am also admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, and the United States Court of Appeals for the Ninth Circuit.

4. I previously have been admitted to practice *pro hac vice* before courts in the State of New York and elsewhere.

5. I will participate in this litigation on behalf of Nominal Defendant, Freddie Mac with Jordan D. Hershman, another partner in the Boston office of Bingham McCutchen, who is also filing a for admission *pro hac vice*, and Kenneth Schacter, a partner with the New York office of Bingham McCutchen, who is authorized to practice in the State of New York and in this Court.

6. I do not currently have, nor have I ever had, any grievances pending against me related to my practice of law, nor have I ever been reprimanded, suspended, or disbarred from the practice of law. I have never resigned from the practice of law.

7. I will adhere to all rules and ethical standards of this Court.

_____
Jason D. Frank (MA BBO #634985)

Sworn to before me this 29th day of July, 2008 in the Commonwealth of Massachusetts.

_____
NOTARY PUBLIC

My commission expires _____
ELIZABETH T. KELSEN, NOTARY PUBLIC
MY COMMISSION EXPIRES SEPTEMBER 26, 2008

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **eighteenth** day of **December** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

## Jason D. Frank

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-first** day of **July** in the year of our Lord **two thousand and eight**.

*MAURA S. DOYLE, Clerk*

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>          Plaintiff,<br><br>   v.<br><br>RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO<br><br>          Defendants,<br><br>   and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br>         Nominal Defendant. | ECF CASE<br><br>08-CV-02423 (BSJ) (JCF)<br><br>[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE* |

Upon consideration of the Assented-To Notice of Motion for Admission *Pro Hac Vice* dated August 4, 2008 and the accompanying Affidavit of Kenneth I. Schacter, Esq., sworn to on August 4, 2008, it is hereby:

**ORERED** that pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Jordan D. Hershman and Jason D. Frank are hereby admitted *pro hac vice* to the Bar of this

Court for the purpose of representing Nominal Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") in the above-captioned proceedings.

_____
James C. Francis
United States Magistrate Judge

Dated: New York, New York
       August \_\_\_, 2008

A/72615937.1/3008121-0000331557

## CERTIFICATE OF SERVICE

David Marcus, an attorney admitted to practice law before this Court, hereby certifies under penalty of perjury that on August 4, 2008, I caused the annexed Notice of Assented-To Motion for Pro Hac Vice Admission to be served by First Class Mail on the following:

Patrick J. Smith
Thacher Profitt and Wood LLP
Two World Financial Center
New York, NY 10281

Daniel P. Chiplock
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, NY 10017

Richard David Greenfield
Greenfield & Goldman, LLC
780 Third Avenue
New York, NY 10017

Barry Robert Ostrager
Simpson Thacher & Baqrtlett LLP
425 Lexington Avenue
New York, NY 10017

Jeffrey A. Simes
Goodwin Procter, LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

David Wallace Stanely
Cuneo, Waldman & Gilbert, L.L.P.
507 C Street, NE
Washington, DC 20002

Robert J. Cynkar
Shaw, Pittman, Potts & Towbridge
2300 N Street, N.W.
Washington, DC 20002

Diana L. Weiss
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

Dated: New York, New York
       August 5, 2008

_____
David Marcus

A/72616316.1