**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD F. SYRON, et al.,<br><br>    Defendants,<br><br> and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>    Nominal Defendant. | **Case No. 08-cv-2423-BSJ-JCF**<br><br>**<u>NOTICE OF MOTION TO CONSOLIDATE RELATED CASES AND FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER</u>** |
| ESTHER SADOWSKY TESTAMENTARY TRUST, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD F. SYRON, et al.,<br><br>    Defendants,<br><br> and<br><br>FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation,<br><br>    Nominal Defendant. | **Case No. 08-cv-5221-BSJ-JCF** |

   **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law

In Support of Plaintiff Bassman's Motion to Consolidate Related Cases and for Entry of

Proposed Case Management Order, the Declaration of Daniel P. Chiplock in support thereof, and the exhibits attached thereto, plaintiff R.S. Bassman will move this Court, before the Honorable James C. Francis IV, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for the entry of [Proposed] Pretrial Order No. 1 consolidating the above-captioned cases pursuant to Fed. R. Civ. P. 42(a), and appointing Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser"), Greenfield & Goodman, LLC, and Cuneo, Gilbert & La Duca, LLP as co-lead counsel and Lieff Cabraser as liaison counsel for derivative plaintiffs in the consolidated action.

Dated: August 8, 2008                    By:            /s/ *Daniel P. Chiplock*
                                                Daniel P. Chiplock

                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                         Steven E. Fineman (SF 8481)
                                         Daniel P. Chiplock (DC 1137)
                                         780 Third Avenue, 48th Floor
                                         New York, NY 10017
                                         (212) 355-9500

                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                         Richard M. Heimann
                                         275 Battery Street, 30th Floor
                                         San Francisco, CA 94111
                                         (415) 956-1000

                                         CUNEO, GILBERT & LADUCA, LLP
                                         Jonathan W. Cuneo (JC 1112)
                                         Robert J. Cynkar (RC 5309)
                                         David W. Stanley
                                         507 C Street, N.E.
                                         Washington, D.C. 20002
                                         (202) 789-3960

GREENFIELD & GOODMAN, LLC
Richard D. Greenfield (RG 4046)
Marguerite R. Goodman
780 Third Avenue, 48th Floor
New York, New York 10017
(410) 320-5931

*Attorneys for Plaintiff Bassman*