```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8.8.08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| R.S. BASSMAN, Derivatively on Behalf of FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation and its shareholders, | ECF CASE |
| Plaintiff, | 08-CV-02423 (BSJ) (JCF) |
| v. | |
| RICHARD F. SYRON, PATRICIA L. COOK, ANTHONY S. PISZEL, EUGENE M. McQUADE, RICHARD KARL GOELTZ, STEPHEN A. ROSS, SHAUN F. O'MALLEY, ROBERT R. GLAUBER, BARBARA T. ALEXANDER, WILLIAM M. LEWIS, JR., JEFFREY M. PEEK, GEOFFREY T. BOISI, RONALD F. POE, WASHINGTON MUTUAL, INC., PRICEWATERHOUSECOOPERS, LLP, KERRY K. KILLINGER, ANTHONY R. MERLO, JR., FIRST AMERICAN CORPORATION, FIRST AMERICAN EAPPPRAISEIT, COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME EQUITY LOAN TRUST, COUNTRY-WIDE BANK, FSB, COUNTRYWIDE HOME LOANS, INC., LANDSAFE, INC., and ANGELO R. MOZILO | [PROPOSED] *BSJ* ORDER ADMITTING COUNSEL *PRO HAC VICE* |
| Defendants, | |
| and | |
| FREDDIE MAC a/k/a Federal Home Loan Mortgage Corporation, | |
| Nominal Defendant. | |

Upon consideration of the Assented-To Notice of Motion for Admission *Pro Hac Vice* dated August 4, 2008 and the accompanying Affidavit of Kenneth I. Schacter, Esq., sworn to on August 4, 2008, it is hereby:

**ORERED** that pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Jordan D. Hershman and Jason D. Frank are hereby admitted *pro hac vice* to the Bar of this

Court for the purpose of representing Nominal Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") in the above-captioned proceedings.

                                                       _____
                                                       James C. Francis
                                                       United States Magistrate Judge

Dated: New York, New York
        August ___, 2008

A/72615937.1/3008121-0000331557